UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARINOSCI LAW GROUP, P.C.; and DAVID ROSENBERG, ESQ.,<br><br>Defendants. | Civ. No. 3:20-cv-00591-KAD<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Endurance American Specialty Insurance Company and Defendants Marinosci Law Group, P.C.; and David Rosenberg, Esq. hereby STIPULATE AND AGREE that all claims and counterclaims asserted in the above-captioned action should be dismissed with prejudice and that this action should be discontinued with each party to bear its own cost.

Respectfully Submitted,

| Endurance American Specialty Insurance Company | Marinosci Law Group, P.C.; and David Rosenberg, Esq. |
|---|---|
| /s/ Eric Hermanson<br>Austin D. Moody (ct30425)<br>Eric B. Hermanson (ct30944)<br>WHITE AND WILLIAMS LLP<br>101 Arch Street, Suite 1930<br>Boston, MA 02110<br>Tel: (617) 748-5200<br>Fax: (617) 748-5201<br>moodya@whiteandwilliams.com<br>hermansone@whiteandwilliams.com | /s/ Michael Leone<br>Michael A. Leone (ct27168)<br>Rosalie D. Louis, Esq. (ct29829)<br>Lynch, Traub, Keefe, & Errante, P.C.<br>52 Trumbull Street<br>New Haven, CT 06510<br>TEL. (203) 787 0275 Ext 222<br>FAX: (203) 782 0278<br>MLeone@LTKE.com<br>RLouis@LTKE.com |

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants as of May 7, 2021.

/s/ Austin D. Moody

27090174v.1